JAMES A. FISHER, Respondent, *v.* GEORGE BULLOCK, as Receiver of the BUFFALO AND LAKE ERIE TRACTION COMPANY, Respondent, Impleaded with Another.

ERNEST J. BAILEY, Appellant.

*Appeal — order bringing in new party defendant — appeal, without permission, to Court of Appeals dismissed.*

*Fisher* v. *Bullock*, 204 App. Div. 523, appeal dismissed.

(Submitted November 22, 1923; decided December 27, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

April 20, 1923, which reversed in part an order of Special Term granting a motion to bring in the appellant herein as a party defendant and directing as to the service of pleadings and trial of the action.

*Williams S. Stearns* for appellant.

*Dana L. Spring* and *Hamilton Ward* for plaintiff, respondent.

*William C. Warren, Jr.*, for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.